**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov                                    11-13218
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | **Sean N Moy** | JOINT DEBTOR: | CASE NO.: |
| Last Four Digits of SS# | **xxx-xx-0714** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **2,601.48**  for months **1** to **3** ;
  B.  $ **2,031.74**  for months **4** to **60** ;
  C.  $ _____  for months ___ to ___ ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **3,500.00 plus 5 motion to value fees for total of 7,250.00**    TOTAL PAID $ **1,426.00**

Balance Due    $ **5,824.00**    payable $ **1,941.33** /month   (Months **1** to **3**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | |
|---|---|---|
| **-NONE-** | Arrearage on Petition Date $ | |
| Address: | Arrears Payment  $ _____ /month (Months _ to _) | |
| Account No: | Regular Payment  $ _____ /month (Months _ to _) | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | | $ | | |
| **Chase** 9451 Corbin Avenue; Northridge, CA 91328 Account No: 1563011134347 | **1225 NE 124 Street #32A N Miami, Fl 33161 Lien with Chase/Motion to Value** $ **22,000.00** | 5% | $ **100.00** **432.14** | **1 To 3** **4 To 60** | **24,931.51** |
| **Chase** 9451 Corbin Avenue; Northridge, CA 91328 Account No: 1563062672401 | **1225 NE 124 Street #46B N Miami, Fl 33161 Lien with Chase/Motion to Value** $ **22,000.00** | 5% | $ **100.00** **432.14** | **1 To 3** **4 To 60** | **24,931.51** |
| **Navy Federal Cr Union** Po Box 3700; Merrifield, VA 22119 Account No: 3468014208485 | **1225 NE 124 Street #46A N Miami, Fl 33161 Lien with Nave FCU/Motion to Value** $ **22,000.00** | 5% | $ **100.00** **432.14** | **1 To 3** **4 To 60** | **24,931.51** |
| **Usaa Fed Savings Bank** 3451 Hammond Ave.; Waterloo, IA 50702 Account No: 702116885 | **1225 NE 124 Street #31B N Miami, Fl 33161 Lien with Federal Savings Bank/Motion to Value** $ **22,000.00** | 5% | $ **100.00** **432.14** | **1 To 3** **4 To 60** | **24,931.48** |

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Usaa Federal Savings B 10750 Mcdermott Fwy; San Antonio, TX 78288 Account No: 84387265** | **1225 NE 124 Street #31B N Miami, Fl 33161 Lien with Federal Savings Bank/Motion to Value** $ **22,000.00** | **0**% | $ **0.00** | **1** To **60** | **0.00** |

11-13218

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]
None

Unsecured Creditors:  Pay $ **113.00** /month (Months  **4**  to  **60** ). ($6400.00 Chapter 7 test)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
 -NONE-

**Assumed Contracts and/or Leases**
 -NONE-

**Special Intentions:
Miami Dade County Tax Collector: Debtor will pay claim directly on properties retained and will surrender interest in properties being surrendered.
American Honda Finance: Debtor will pay claim directly at 360.00  per month.
Wells Fargo Hm Mortgag: Debtor will pay claim directly at 1,474.00  per month.**
**Debtor will surrender: Bac Home Loans, Account No: 112123800, 1527 NW 40 St., Miami, Fl 33142**
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
 **Sean N Moy**
 Debtor

Date: _____